# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRELL BATES

NO. 2022 KW 0157

MARCH 28, 2022

---

In Re:    Darrell Bates, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-10-0259.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** This application appears to be a petition for writ of habeas corpus filed in this court in the first instance. Because there is no indication the pleading has been filed in the district court, this writ presents nothing for this court to review.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT